IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORA MONTEJO, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 07-565 |
| CLEAN PLATE CLUB, INC. d/b/a/ 821 RESTAURANT | : | TRIAL BY SIX PERSONS DEMANDED |
| Defendant. | : | |

## COMPLAINT

### INTRODUCTION

1. This is a complaint for pervasive and illegal sexual harassment and gender discrimination in violation of Title VII of the Civil Rights Act of 1964, as amended, and breach of the covenant of good faith and fair dealing, seeking compensatory and punitive damages, lost wages and benefits, front pay, attorneys' fees and costs, and equitable and other relief under 42 U.S.C. § 2000e-5(g) and at common law.

### JURISDICTION

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5. Supplemental jurisdiction exists over the state law claim under 28 U.S.C. § 1367.

3. Venue in this District is proper pursuant to 28 U.S.C. § 1391(b).

4. Plaintiff filed a timely complaint of gender discrimination against Defendant with the Delaware Department of Labor ("DDOL") and the Equal Employment Opportunity Commission ("EEOC") on or about February 8, 2006. [Exhibit A]. The DDOL found cause to believe that

Plaintiff's rights were violated. [Exhibit B]. After conciliation efforts failed on July 20, 2007 the EEOC issued a Right to Sue [Exhibit C]. This complaint is filed within ninety (90) days of Plaintiff's receipt of the Right to Sue.

### THE PARTIES

5. Plaintiff Lora D. Montejo (Ms. Montejo) is a female who was employed by Defendant from April 2004 until she was constructively discharged in January 2006 by the continuing criminal and illegal sexual conduct and comments by the owner of the Defendant Nathaniel Garyantes..

6. Defendant Clean Plate Club, Inc. is a Delaware Corporation engaged in owning and running a restaurant/bar, located at 821 North Market Street, Wilmington, Delaware 19801 and doing business as 821 Restaurant. At all times relevant hereto Defendant employed more than fifteen (15) employees. Its registered agent for service of process is Nathaniel Garyantes, 821 Restaurant, 821 North Market Street, Wilmington, Delaware 19801. At all times relevant hereto, the corporation was owned by Nathaniel L. Garyantes and his wife, Alysha Garyantes.

### THE FACTS

7. During the course of her employment, Ms. Montejo was subjected to repeated, unlawful, unwelcome instances of sexual harassment, including unwelcome sexual comments, conduct and criminal sexual harassment and offensive touching by Nathaniel L. Garyantes. Despite her objections to such conduct and her complaints to him and his wife the sexual harassment continued and became more violent..

8. The illegal sexual conduct and comments had the purpose or effect of unreasonably interfering with Ms. Montejo's work performance and created an intimidating, hostile, and offensive working environment.

9. Ms. Montejo repeatedly objected to the unwelcome conduct and comments to the owners of the Defendant and the conduct and comments only continued and intensified.

10. Defendant's owner Nathaniel L. Garyantes was prosecuted by the Attorney General of Delaware for his conduct towards Ms. Montejo and he pled guilty to criminal sexual harassment and two counts of offensive touching of her on April 18, 2006. [ Exhibit D]. He was sentenced in the Superior Court on April 18, 2006. [ Exhibit E].

11. As a proximate result of Defendant's unlawful conduct, Ms. Montejo suffered and continues to suffer emotional distress, upsetment, loss of self esteem, lost wages, front pay, lost benefits, attorneys' fees.

12. Defendant acted willfully, maliciously or with reckless disregard for the federally protected rights of Ms. Montejo. Defendant Owner admitted his illegal conduct.

13. If relief is not granted, Ms. Montejo will be irreparably denied rights secured by Title VII of the 1964 Civil Rights Act, as amended.

14. Defendant breached its employment contract with Ms. Montejo by , inter alia, forcing her resignation when she complained about and objected to the illegal and criminal conduct and by engaging in such conduct through hatred, ill will or intent to injure. It acted in bad faith and maliciously through the actions and inactions of the owners. Its owner engaged in a retaliatory campaign causing the termination of Ms. Montejo's employment because of her protected actions in objecting to, resisting and complaining about the illegal conduct to which she was subjected. Its conduct and comments constituted an aspect of fraud, deceit and misrepresentation by making false and material promises to stop the conduct in an effort to cause Ms. Montejo to continue in her employment and did cause her to rely on such statements, which were false, and to continue in such employment.

15. With respect to the equitable claims Ms. Montejo lacks an adequate remedy at law.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Ms. Montejo prays that judgment be entered in her favor and that she be awarded:

    A. Compensatory and punitive damages;

    B. Back pay and benefits;

    C. Front pay;

    D. Injunctive relief prohibiting Defendant from engaging in and/or tolerating sexual harassment by its owners, officers, agents and employees and requiring its owners to attend training and other education on its obligations under Title VII ;

    E. Attorneys' fees, costs and expenses;

    F. Such other and further relief as may be just and proper under the circumstances.

    Respectfully submitted,

**RICHARD R. WIER, JR., P.A.**

*/s/ Richard R. Wier*

Richard R. Wier, Jr. (#716)
Michele D. Allen ( #4359)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302) 888-3222 RWier@wierlaw.com

DATE:

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

**Delaware Department of Labor** and **EEOC** (if applicable)

| ENTER CHARGE NUMBER |
|---|
| ☐ FEPA 0602007TW |
| ☐ EEOC 17CA600265 |

| NAME (Indicate Mr., Mrs., Ms) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Lora Desiree Montejo | (302) 740-2856 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 214 West 14th Street Apt. 4 | Wilmington DE 19801 | NCC |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below.)

| NAME | NO. OF EMPLOYEES OR MEMBERS | TELEPHONE NUMBER (Incl. Area Code) |
|---|---|---|
| 821 Restaurant | 60 | (302) 652-8821 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| 821 N. Market Street | Wilmington, DE 19801 |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE |
|---|---|
| | |

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN  ☐ AGE
☐ RETALIATION  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 6/25/2005
LATEST 1/21/2006
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s):

Jurisdiction: Charging Party worked for Respondent since 04/04 most recently as an Assistant General Manager

Charging Party's protected class: Sex (Female)

Adverse employment action: Sexual Harassment, Terms & Conditions, Constructive Discharge

Brief statement of allegations: Charging Party alleges that shortly after she began her employment with Respondent she began being subjected to severe and pervasive sexual harassment by Nate Garyantes, Owner when he would continually approach her, touched her, asked her to have physical intimate contact with him and to go home with him. Charging Party states that these actions began in June 2005 and after the first incident she made it clear to Mr. Garyantes that his behavior was unwelcome. This behavior continued into July 2005. Charging Party alleges that this behavior was a direct result of Mr. Garyantes getting intoxicated at the place of business. Charging Party states that by August 2005 Mr. Garyantes then stopped getting intoxicated at the place of business and the harassment tempoarily ceased. Charging Party alleges that in January 2006, Mr. Garyantes began again getting intoxicated at the place of employment and began again sexually harassing Charging Party. Charging Party alleges that this time the physically contact increased to the point where Mr. Garyantes began grabbing Charging Party and touching her inappropriately. Charging Party alleges that Mr. Garyantes began sharing with her his sexual fantasies about her which created a hostile work environment. Charging Party alleges that because of this hostile work environment she was forced to resign her position.

Respondent's explanation: None Given

Applicable law(s): Title VII of the Civil Rights Act of 1964 as ammended and the Delaware Discrimination in Employment Act

Comparator(s) or other specific reason(s) for alleging discrimination: Charging Party informed Respondent the sexual harassment was unwelcome and the harassment continued

Additional information and verification of these facts are provided by the attached Verification.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SIGNATURE OF COMPLAINANT
*Lora D Mon---*    2/8/06

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

DOL FORM B-05
REV 01-05

PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED

STATE OF DELAWARE
DEPARTMENT OF LABOR
DIVISION OF INDUSTRIAL AFFAIRS – DISCRIMINATION PROGRAM

Lora D. Montejo
214 West 14th St., Apt. 4
Wilmington, DE 19801

Case No. 06020077W

DEC 0 7

vs.

821 Restaurant
821 N. Market St.,
Wilmington, DE 19801

FINAL DETERMINATION AND RIGHT TO SUE NOTICE

Pursuant to 19 Del. C. § 710, et seq., the parties in the above-captioned matter are hereby Noticed of the Department's Final Determination and Right to Sue Notice, as follows:

*Reasonable Cause Determination and Notice of Mandatory Conciliation.*

In this case, the Department has completed its investigation and found that there is reasonable cause to believe that an unlawful employment practice has occurred. Under the provisions of the law, the parties are now required to engage in mandatory conciliation with . Please be prepared to appear for conciliation on the following date and time: **Monday, October 30, 2006 at 10:00 am** at the location of **DDOL Labor Law Enforcement Office, 4425 Market Street, Wilmington, DE 19802.**
Your cooperation and good faith effort is anticipated. Your corresponding Delaware Right to Sue Notice will be effective one day after your compliance with the conciliation effort.

The reasonable cause finding is based primarily on the following facts:

In this discrimination case, Charging Party must show that she was sexually harassed by her coworker. She can show this by demonstrating that this coworker made comments and took actions that were unwelcome, of a sexual nature and that were severe and pervasive. She can further demonstrate that she clearly informed Respondent that these actions were unwelcome but that the actions continued. The evidence and information provided during the investigation revealed that Charging Party was sexually harasssed by her coworker, that this coworker was part owner of the business and that even though he was informed the behavior was unwelcome and understood it was inapproipraite no action was taken to eliminate the behavior. Witnesses corrobroated Charging Prty's allegations. Therefore, Charging Party has established that illegal sex discrimination occurred.

This Final Determination is hereby issued on behalf of the Department of Labor, Division of Industrial Affairs, Discrimination Program. See the attached Notice of Rights.

_9/26/12_
Date issued

_11/30/__
Date conciliation completed

Julie Klein Cutler, Administrator

Julie Klein Cutler, Administrator

*Delaware Department of Labor, Division of Industrial Affairs, 4425 N. Market St., Wilmington, DE 19802*

17C_DDOL_C-12-RC Reas Cause Determ_DOC: 3/06

EEOC Form 161-B (10/96)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Lora Desiree Montejo
214 West 14th Street - Apt. 4
Wilmington, DE 19801

From: U. S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South 5th Street - Suite 400
Philadelphia, PA 19106-2515

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 17C-2006-00265 | Legal Unit | 215-440-2828 |

(See also the additional information attached to this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[ X ]    More than 180 days have passed since the filing of this charge.

[ ]    Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[ X ]    The EEOC is terminating its processing of this charge.

[ ]    The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]    The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]    The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosure(s)    _____    July 20, 2007
                Marie M. Tomasso, District Director        (Date Mailed)

cc:    821 Restaurant
      Richard R. Wier, Jr., Esquire (for Charging Party)
      Jeffrey K. Martin, Esquire (for Respondent)

Superior Court of the State of Delaware, _New Castle_ County

# PLEA AGREEMENT

State of Delaware v. _Nathaniel Garyantes_

Case No(s): _0601015625_   Cr.A.#s: _By Information_

☐ Title 11 HAB. OFFENDER _____   ☐ BOOT CAMP ELIGIBLE   ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, §4336, sex offender notification required   ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge [LIO if applicable] |
|---|---|---|
| I | Information | Offensive Touching |
| II | " | Sexual Harassment |
| III | " | Offensive Touching |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☑ all remaining charges on this indictment:

Count   Cr.A#   Charge

**Sentence Recommendation/Agreement:**   ☐ PSI   ☑ Immediate Sentencing
_As to each charge: 30 days Level V suspended for 1 year at Level II to run concurrent_

**State and Defendant agree to the following:**
☐ Restitution: _None_
☑ No _____ contact w/ _Lora Montejo or Seth Plymyer_
☑ Other Conditions: _Substance Abuse Evaluation_

DAG: _Donald R. Roberts_   DEF. COUNSEL: _Jeffrey K. Bartels #2249_
PRINT NAME   PRINT NAME
SIGNATURE   SIGNATURE

Date: _3/28/2006_   DEFENDANT: _____

XC: Attorney for Defendant, Defendant
Attorney General, Attorney General Worksheet

Page 1 of 1

# TRUTH-IN-SENTENCING GUILTY PLEA FORM
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR ___N.C.___ COUNTY

STATE OF DELAWARE
v. Nathaniel Garyantes

ID: 0601015625
CRA: _____

**The defendant must answer the following questions in his or her own handwriting.**

Date of Birth __7-5-73__    Last grade in school completed __14__

| Question | Yes | No |
|---|---|---|
| Have you ever been a patient in a mental hospital? | ☐ | ☒ |
| Are you under the influence of alcohol or drugs at this time? | ☐ | ☒ |
| Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? | ☒ | ☐ |
| Have you been promised anything that is not stated in your written plea agreement? | ☐ | ☒ |
| Has your attorney, the State, or anyone threatened or forced you to enter this plea? | ☐ | ☒ |

Do you understand that because you are pleading guilty you will not have a trial, and you therefore waive (give up) your constitutional right:
(1) to be **presumed innocent** until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a **speedy and public trial**;
(3) to **trial by jury**;
(4) to **hear and question the witnesses** against you;
(5) to **present evidence** in your defense;
(6) to **testify** or not testify yourself; and,
(7) to **appeal** to a higher court?

☒ Yes  ☐ No

| OFFENSE | STATUTORY PENALTY - Incarceration | Amount of Fine (range if applicable) | TIS GUIDELINE |
|---|---|---|---|
| Offensive Touching | 0-30 days | 0-575 | Fines, Costs, Rest. |
| Sexual Harassment | 0-30 days | 0-575 | Fines, Costs, Rest. |
| Offensive Touching | 0-30 days | 0-575 | Fines, Costs, Rest. |

**TOTAL CONSECUTIVE MAXIMUM PENALTY:** Incarceration: __90 days__  Fine: __$1,725.00__

NON-CITIZENS: Conviction of a criminal offense may result in deportation, exclusion from the United States, or denial of naturalization.

| Question | Yes | No |
|---|---|---|
| Do you understand that, if incarcerated, you will not be eligible for parole, and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? | ☒ | ☐ |
| Is there a **minimum mandatory penalty**? If so, what is it? _____ | ☐ | ☒ |
| Is there a **mandatory revocation of driver's license or privileges** for this offense or as a result of your plea? If so, what is the **length of revocation**? ___ years | ☐ | ☒ |
| Has anyone promised you what your sentence will be? Were you on **probation or parole** at the time of this offense? (A guilty plea may constitute a violation.) | ☐ | ☒ |
| Do you understand that a guilty plea to a felony will cause you to **lose your right to vote, to be a juror, to hold public office**, and other **civil rights**? | ☐ | ☒ |
| Have you been advised that this is an offense which results in the loss of the **right to own or possess a deadly weapon**? | ☒ | ☐ |
| Have you been advised that this is an offense which requires **registration as a sex offender**? | ☐ | ☒ |
| Are you satisfied with your lawyer's representation of you and that your lawyer has **fully advised you of your rights** and of your guilty plea? | ☐ | ☒ |
| Have you read and understood all the information contained in this form? | ☒ | ☐ |
| | ☒ Yes | ☐ No |

Defense Counsel: [signature] #2249
Date: 4/18/06
Print name: Jeffrey K. Bartels

Defendant: [signature]
Print name: Nathaniel Guryantes

Copies: Superior Court, Attorney General, Attorney for Defendant, Defendant

Document No.: 02-03-10-00-05-01 (Rev. 03/09/00)

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE

    VS.

NATHANIEL L GARYANTES

Alias: No Aliases

DOB: 07/15/1973
SBI: 00538421

CASE NUMBER:
0601015625

CRIMINAL ACTION NUMBER:
N06-03-2599I
OFF TOUCHING (M)
N06-03-2597I
SEX HARASSMENT (M)
N06-03-2598I
OFF TOUCHING (M)

### SENTENCE ORDER

NOW THIS 18TH DAY OF APRIL, 2006, IT IS THE ORDER OF THE COURT THAT:

The defendant is adjudged guilty of the offense(s) charged. The defendant is to pay the costs of prosecution and all statutory surcharges.

  AS TO  N06-03-2599-I : TIS
OFF TOUCHING

Effective April 18, 2006  the defendant is sentenced as follows:

 - The defendant is placed in the custody of the Department of Correction for 30 day(s) at supervision level 5

 - Suspended for 12 month(s)  at supervision  level 2

  AS TO  N06-03-2597-I : TIS
SEX HARASSMENT

 - The defendant is placed in the custody of the Department of Correction for 30 day(s) at supervision level 5

 - Suspended for 12 year(s)  at supervision  level 2

**APPROVED ORDER**       1       April 24, 2006 11:04

```
STATE OF DELAWARE
      VS.
NATHANIEL L GARYANTES
DOB: 07/15/1973
SBI: 00538421

AS TO  N06-03-2598-I : TIS
OFF TOUCHING

- The defendant is placed in the custody of the Department
of Correction for 30 day(s) at supervision level 5


- Suspended for 12 month(s)  at supervision  level 2
```

**APPROVED ORDER**    2    April 24, 2006 11:04

SPECIAL CONDITIONS BY ORDER
---

STATE OF DELAWARE
    VS.
NATHANIEL L GARYANTES
DOB: 07/15/1973
SBI: 00538421

                              CASE NUMBER:
                              0601015625

The defendant shall pay any monetary assessments ordered during the period of probation pursuant to a schedule of payments which the probation officer will establish.

Have no contact with victim

Defendant shall be evaluated for substance abuse and follow recommendation for treatment, counseling and screening.

**NOTES**

P&P may flown down probation to Level 1 at their discretion.

                                                _____
                                          JUDGE CALVIN L SCOTT JR

\*\*APPROVED ORDER\*\*      3      April 24, 2006  11:04

FINANCIAL SUMMARY

STATE OF DELAWARE
       VS.
NATHANIEL L GARYANTES
DOB: 07/15/1973
SBI: 00538421

CASE NUMBER:
0601015625

SENTENCE CONTINUED:

| | |
|---|---:|
| TOTAL DRUG DIVERSION FEE ORDERED | |
| TOTAL CIVIL PENALTY ORDERED | |
| TOTAL DRUG REHAB. TREAT. ED. ORDERED | |
| TOTAL EXTRADITION ORDERED | |
| TOTAL FINE AMOUNT ORDERED | |
| FORENSIC FINE ORDERED | 50.00 |
| RESTITUTION ORDERED | |
| SHERIFF, NCCO ORDERED | |
| SHERIFF, KENT ORDERED | |
| SHERIFF, SUSSEX ORDERED | |
| PUBLIC DEF, FEE ORDERED | |
| PROSECUTION FEE ORDERED | 100.00 |
| VICTIM'S COM ORDERED | |
| VIDEOPHONE FEE ORDERED | 3.00 |
| TOTAL | 153.00 |

**APPROVED ORDER**    4    April 24, 2006 11:04

JS 44 (Rev. 11.04)

# CIVIL COVER SHEET

07-565

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Lora Montejo

**DEFENDANTS**
Clean Plate Club, Inc. d/b/a 821 Restaurant

(b) County of Residence of First Listed Plaintiff: NC
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: NC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Richard R. Wier, Jr. P.A.
2 Mill Rd Wilm DE 19806   302-888-3222

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 USC § 2000e-5

Brief description of cause: Gender discrimination under Title VII and covenant of good faith & fair dealing

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE: 9/18/07
SIGNATURE OF ATTORNEY OF RECORD: Richard R. Wier (#716)

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

JS 44 Reverse (Rev 11/04)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**  Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____07___565_____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___9/19/07___                    X ___Michael D. Clay___
(Date forms issued)              (Signature of Party or their Representative)

                                 X ___Mike DiEleuterio___
                                 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action