IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LORA MONTEJO,                          :
                                       :
        Plaintiff,                     :
                                       :
                                       :
v.                                     :        C.A. No.:
                                       :
CLEAN PLATE CLUB, INC.                 :
d/b/a/ 821 RESTAURANT                  :        TRIAL BY SIX PERSONS
                                       :        DEMANDED
                                       :
        :                              :
                                       :
        Defendant.                     :

## ANSWER TO COMPLAINT

1.    No answer required.

2.    No answer required.

3.    No answer required.

4.    Admitted.

5.    Denied.

6.    Admitted.

7.    Denied.

8.    Denied.

9.    Denied.

10.   Denied

11.   Denied

12.   Denied.

13.   Denied.

14.   Denied.

15.    Denied as a legal conclusion.

## **Affirmative Defense**

Plaintiff fails to state a claim upon which relief may be granted.

**WHEREFORE,** Defendant prays that judgment and costs may be entered in

favor of Defendant.

JEFFREY K. MARTIN, ESQUIRE
DE Bar I.D. No.: (#2407)
1508 Pennsylvania Ave
Wilmington, DE 19806
(302) 777-4681
jmartin@martinandwilson.com
*Attorney for Defendant*

October 17, 2007

## CERTIFICATE OF SERVICE

Please take notice that the undersigned did hereby forward copies of Defendant's

Answer to Complaint electronically via CM/ECF on this 18th day of October, 2007 to the

following:

Richard R. Wier, Jr., Esquire
Richard R. Wier, Jr., P.A.
Two Mill Rd, Suite 200
Wilmington, DE 19806

                                    **MARTIN & WILSON, P.A.**


                                    _____
                                    **JEFFREY K. MARTIN, ESQUIRE**
                                    DE Bar ID No.: 2407
                                    1508 Pennsylvania Avenue
                                    Wilmington, DE  19806
                                    (302) 777-4681
                                    jmartin@martinandwilson.com
                                    Attorney for Plaintiff


Dated: October 18, 2007