IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORA MONTEJO, | : |
|       Plaintiff, | : |
| v. | : Civ. Act. No. 07-565- JJF(MPT) |
| CLEAN PLATE CLUB, INC. doing business as 821 Restaurant, | : |
|       Defendant. | : |

**O R D E R**

WHEREAS, the Court has referred this matter to Magistrate Judge Thynge pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall regulate and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

November 29, 2007
DATE

*[signature]* Joseph J Farnan Jr.
UNITED STATES DISTRICT JUDGE