# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LORA MONTEJO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 07-565-JJF (MPT) |
| | : | |
| CLEAN PLATE CLUB, INC., doing business as 821 Restaurant, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **28th** day of **January, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, January 30, 2008 at 4:00 p.m.** with Magistrate Judge Thynge. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE