## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORA MONTEJO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-565-JJF (MPT) |
| | : |
| CLEAN PLATE CLUB, INC., doing business as 821 Restaurant, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **30th** day of **January, 2008**.

IT IS ORDERED that the mediation scheduled for February 4, 2008 at 10:00 a.m. has been rescheduled to **Wednesday, February 13, 2008 at 10:30 a.m.** Submissions of the parties shall now be due on or before **Wednesday, February 6, 2008.** All other provisions of the Court's December 20, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE