## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORA MONTEJO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 07-565-JJF (MPT) |
| | : |
| CLEAN PLATE CLUB, INC., doing business as 821 Restaurant, | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **25th** day of **February, 2008**.

IT IS ORDERED that the mediation has been rescheduled to **Wednesday, April 2, 2008 at 10:00 a.m.**  There shall be no further submissions of the parties.  All other provisions of the Court's December 20, 2007 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE