IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORA MONTEJO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No.: 07-565 JJF |
| | : |
| CLEAN PLATE CLUB, INC. | : |
| d/b/a/ 821 RESTAURANT; | : |
| NATHANIEL L. GARYANTES | : TRIAL BY SIX PERSONS |
| | : DEMANDED |
| | : |
| Defendants. | : |

ORDER

Upon consideration of the Plaintiff's Motion to Amend/Supplement and Defendant's response thereto,

IT IS ORDERED, this 7 day of ~~January~~ March, 2008, that Plaintiff's Motion is **GRANTED**.

_____
Judge