# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

RICHARD R. WIER, JR.*

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

*ALSO ADMITTED IN PA

May 28, 2008

**VIA ELECTRONIC FILING**
The Honorable Judge Mary Pat Thynge
United States Magistrate Judge
United States District Court
  For the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

      Re:    Montejo v. Clean Plate Club, Inc. d/b/a 821 Restaurant and
                Nathaniel L. Garyantes
                C.A. No. 07-565 (JJF-MPT)

Dear Judge Thynge:

      I write to Your Honor because we have attempted to obtain a location for Mr. Garyantes in order to take his deposition and in order to serve him with the amended complaint. You will recall that Mr. Garyantes and his ex-wife showed up at the mediation. You will also recall that Your Honor granted our amended complaint against Mr. Nathaniel Garyantes individually on March 7, 2008.

      I write to the Court because I believe the Court has jurisdiction over Mr. Garyantes and I believe the Court of course has jurisdiction over Clean Plate Club, Inc. and request a conference with the Court so that the Court can discuss with Mr. Martin and with me the location of the Defendant and the Court can grant us an extension of time to serve the complaint until and unless we are provided information as to his whereabouts. I am available to have a telephone conference with Your Honor and Mr. Martin to resolve this matter.

                                          Respectfully yours,

                                          /s/ *Richard R. Wier, Jr.*
                                          Richard R. Wier, Jr. (ID No. 716)

RRWJr.:smh
cc:  Jeffrey K. Martin, Esquire (via electronic filing)
      Ms. Lora Montejo (via first class mail)