IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LORA MONTEJO, | : |
| Plaintiff, | : |
| v. | : C. A. No. 07-565-JJF (MPT) |
| CLEAN PLATE CLUB, INC., doing business as 821 Restaurant, | : |
| Defendant. | : |

## ORDER

At Wilmington this **30th** day of **May, 2008**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, June 3, 2008 at 9:00 a.m.** with Judge Thynge. **Richard R. Wier, Jr., Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE