**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| LORA MONTEJO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 07-565 JJF |
| | : | |
| CLEAN PLATE CLUB, INC. | : | |
| d/b/a/ 821 RESTAURANT; | : | |
| NATHANIEL L. GARYANTES | : | TRIAL BY SIX PERSONS |
| | : | |
| | : | DEMANDED |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

IT IS ORDERED, this ____ Day of June, 2008, that Plaintiff's Request for a Sixty (60) Day Stay in the above referenced case is hereby **GRANTED**.  By way of this Order all dates in the Court's scheduling order of December 11, 2007, are cancelled until such time is the stay is lifted.

_____
The Honorable Mary Pat Thynge