## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LORA MONTEJO,                          :
                                       :
    Plaintiff,                     :
                                       :
    v.                             :     C.A. No.: 07-565 JJF
                                       :
CLEAN PLATE CLUB, INC.                 :
d/b/a/ 821 RESTAURANT;                 :
NATHANIEL L. GARYANTES                 :     TRIAL BY SIX PERSONS
                                       :
                                       :        DEMANDED
                                       :
                                       :
    Defendants.

## ORDER

IT IS ORDERED, this _3_ Day of June, 2008, that Plaintiff's Request for a Sixty

(60) Day Stay in the above referenced case is hereby **GRANTED**. By way of this Order all dates

in the Court's scheduling order of December 11, 2007, are cancelled until such time is the stay is

lifted.

The Honorable Mary Pat Thynge