# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.\***

**MICHELE D. ALLEN\***

\*ALSO ADMITTED IN PA

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
MAllen@Wierlaw.com

June 26, 2008

**VIA ELECTRONIC FILING**
The Honorable Judge Mary Pat Thynge
United States Magistrate Judge
United States District Court
For the District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    Montejo v. Clean Plate Club, Inc. d/b/a 821 Restaurant and
             Nathaniel L. Garyantes
             C.A. No. 07-565 (JJF-MPT)

Dear Judge Thynge:

    Attached please find a Notice of Chapter 7 Bankruptcy which was filed by the Defendants in the above-referenced case and was forwarded to our office by Mr. Martin. At this time we are taking steps to evaluate the path forward since this Notice of Bankruptcy has been filed and we will contact the Court when we have made a decision on how to proceed.

                              Respectfully,

                              /s/ Michele D. Allen

                              Michele D. Allen, Bar # 4359

c. Jeffery E. Martin, Esquire

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)

Case Number 08-11220-BLS

# UNITED STATES BANKRUPTCY COURT District of District of Delaware

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

RECEIVED JUN 23 2008

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/18/08.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Nathaniel L Garyantes
fdba Clean Plate Club TA 821 Market Street Bistro
808 McCabe Avenue
Wilmington, DE 19802

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 08-11220-BLS | 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 |
| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
| Vivian A. Houghton | George L. Miller |
| Vivian A. Houghton, Esquire | 1628 John F. Kennedy Blvd. |
| 800 West Street, 2nd Floor | Suite 950 |
| Wilmington, DE 19801-1526 | Philadelphia, PA 19103-2110 |
| Telephone number: 302-658-0518 | Telephone number: 215-561-0950 |

### Meeting of Creditors
Date: **August 13, 2008**   Time: **10:00 AM**
Location: **844 King Street, Room 2112, Wilmington, DE 19801**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 10/13/08**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 824 Market Street, 3rd Floor | Clerk of the Bankruptcy Court: |
| Wilmington, DE 19801 | David D. Bird |
| Telephone number: 302-252-2900 | |
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: 6/18/08 |

**Debtors:** Please be aware that you are required to present photo ID, plus original verification of your social security number, both for entrance to the courthouse and for presentation to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's or the office of the Clerk for the Bankruptcy Court.

Este prevenido que se requiere presentar una indentificacion de foto mas una verificacion orginal de su numero de seguro social, para premetir entrada en al corte y para su reprentacion con el abogado del caso bankarota. Si usted no tiene una identificacion de foto ni tampoco una verificacion orginal de su numero social, porfavor pongase en contacto con la officina del abogado o con la corte bankarota.

018942